**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

April 8, 2009

Robert C. Papa, Esq.
Corradino Law Offices
935 Allwood Road
Clifton, NJ 07012

Kenneth R. Foreman, Esq.
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601

**LETTER ORDER**

    Re:    **Soto, et al. v. Smaha**
              **Civil Action No. 08-2458 (JAG)**

Dear Counsel:

    A settlement conference is scheduled for **Tuesday, July 14, 2009 at 10:00 a.m.** One week prior to the conference, each party is to deliver to the court an ex parte letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients with full settlement authority shall be present at the conference or available by telephone.

    **SO ORDERED.**

                                    *s/Madeline Cox Arleo*
                                    **MADELINE COX ARLEO**
                                    **United States Magistrate Judge**

cc:    Clerk
        Hon. Joseph A. Greenaway, Jr., U.S.D.J.
        File